# IN THE DISTRICT COURT IN AND FOR OKLAHOMA COUNTY
## STATE OF OKLAHOMA

FILED IN DISTRICT COURT
OKLAHOMA COUNTY
AUG 15 2023
RICK WARREN
COURT CLERK
36_____

MEGAN ROBNETT and JAKE ROBNETT  )
on behalf of A.H., a minor child,            )
                                                              )
Plaintiffs,                                                )
                                                              )  Case No.: CJ-2023-3795
vs.                                                          )
                                                              )
INDEPENDENT SCHOOL DISTRICT NO. )
52 OKLAHOMA COUNTY, OKLAHOMA, )
a/k/a MID-DEL PUBLIC SCHOOLS, and )
WESLEY MICHAEL STIGLETS,            )
                                                              )
Defendants.                                           )

## SUMMONS

To:   Independent School District No. 52 Oklahoma County, Oklahoma
        a/k/a Mid-Del Public Schools

You have been sued by the above-named Plaintiff, and you are directed to file a written answer to the attached Petition in the Court at the above address within twenty (20) days after the service of this Summons upon you, exclusive of the date of service. Within the same time, a copy of your Answer must be delivered or mailed to the attorney for the Plaintiff. Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of the action.

Date Issued: July 7, 2023.

RICK WARREN, COURT CLERK

BY: _____
             Court Clerk

Ashley H. Leavitt, OBA #32818
KOLLER TRIAL LAW PLLC
2504 E 21ST STREET, SUITE B
TULSA, OK 74114
TELE: (918) 216-9596; FAX: (918) 248-8238
EMAIL: ASHLEY@KOLLERTRIALLAW.COM
ATTORNEY FOR PLAINTIFFS

This summons was served on the 19th day of July, 2023.

_____
Signature of Person Serving Summons

**YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT FOR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.**

1

Ex. 5

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Independent School District
No. 52 Oklahoma Co., Oklahoma
a/k/a Mid-Del Public Schools
7217 S.E. 15th Street
P.O. Box 10630
Midwest City, OK 73110

9590 9402 8163 3030 1879 27

2. Article Number (Transfer from service label)

7022 0410 0001 3305 2192

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X \ _gu d_ 19 JUL 2023 PM 3 L
☐ Agent
☐ Addressee

B. Received by (Printed Name): Joe Clayton

C. Date of Delivery: AUG - 2 2023

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

Ex. 5